IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BULGARI, S.p.A., <br><br> Plaintiff, <br><br> v. <br><br> ZHANG JIANYING, et al., <br><br> Defendants. | Case No. 18-cv-04376 <br><br> **Judge Edmond E. Chang** <br><br> **Magistrate Judge Young B. Kim** |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Bulgari, S.p.A. ("Bulgari") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Dongguan Humen Futuo Accessories Factory | 142 |

Dated this 7th day of November 2018.   Respectfully submitted,

/s/ Mary F. Fetsco
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Mary F. Fetsco
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law
mfetsco@gbc.law

*Attorneys for Plaintiff Bulgari, S.p.A.*