IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BULGARI, S.p.A.,<br><br>Plaintiff,<br><br>v.<br><br>ZHANG JIANYING, et al.,<br><br>Defendants. | Case No. 18-cv-04376<br><br>**Judge Edmond E. Chang**<br><br>**Magistrate Judge Young B. Kim** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on September 5, 2018 [50], in favor of Plaintiff Bulgari, S.p.A. ("Bulgari") and against the Defendants Identified on Schedule A in the amount of one hundred fifty thousand dollars ($150,000) per Defaulting Defendant, and Bulgari acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| ARESLAND Official Store | 129 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 13th day of December 2018.	Respectfully submitted,

*Mary Fetsco*
Amy C. Ziegler
Justin R. Gaudio
Mary F. Fetsco
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mfetsco@gbc.law

*Attorneys for Plaintiff Bulgari, S.p.A.*

Subscribed and sworn to me by Mary F. Fetsco, on this 13th day of December, 2018.

Given under by hand and notarial seal.

*Caitlin Schl—*
Notary Public
State of Illinois
County of Cook

CAITLIN SCHLIE
Official Seal
Notary Public – State of Illinois
My Commission Expires Nov 20, 2021

2