# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BULGARI, S.p.A., <br><br> Plaintiff, <br><br> v. <br><br> ZHANG JIANYING, et al., <br><br> Defendants. | Case No. 18-cv-04376 <br><br> **Judge Edmond E. Chang** <br><br> **Magistrate Judge Young B. Kim** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on September 5, 2018 [50], in favor of Plaintiff Bulgari, S.p.A. ("Bulgari") and against the Defendants Identified on Schedule A in the amount of one hundred fifty thousand dollars ($150,000) per Defaulting Defendant, and Bulgari acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| lingbagxm Store | 158 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 3rd day of January 2019.　　　Respectfully submitted,

*Allyson Martin* (signature)

Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Attorneys for Plaintiff Bulgari, S.p.A.*

Subscribed and sworn to me by Allyson M. Martin, on this 3rd day of January, 2019.

Given under by hand and notarial seal.

_____
Notary Public

"OFFICIAL SEAL"
N J BUCCELLATO
Notary Public, State of Illinois
My Commission Expires 10/6/2020

State of Illinois
County of Cook

2